DENNIS McCORMICK, GENERAL ADMR., *ETC.*, PLAINTIFF-PETITIONER, v. MATCO TRANSPORTATION, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Francis Sorin* for the petitioner.

*Messrs. Harth & Enright* for the respondents.

January 31, 1967. Denied.

JACOB F. BOLLERER, PETITIONER - PETITIONER, v. GEORGE & LUCILLE ELENBERGER, T/A, ETC., RESPONDENTS-RESPONDENTS.

See same case below: 93 *N. J. Super.* 57.

*Mr. Louis R. Aikins* and *Mr. John G. Rathman* for the petitioner.

*Mr. Isidor Kalisch* for the respondents.

January 31, 1967. Granted.

GEORGE KASHARIAN, *ETC.*, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. ST. PETERS HOSPITAL, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. George Kasharian in propria persona.*

*Messrs. Lamb, Blake, Hutchinson & Dunne, Mr. John I. Lisowski* and *Mr. John A. McKenna* for the respondents.

January 31, 1967. Denied.